IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAUL GONZALES, § <br> TDCJ NO. 1315488, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> RICK THALER, Director, § <br> Texas Department of Criminal § <br> Justice, Correctional § <br> Institutions Division, § <br> § <br> Respondent. § | CIVIL ACTION NO. H-12-3151 |

**FINAL JUDGMENT**

For the reasons stated in the Memorandum Opinion and Order entered this date, this action is **DISMISSED with prejudice**. A Certificate of Appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 25th day of October, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE